## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

GLORIA FLORES

            Plaintiff,

              v.

COMMISSIONER OF SOCIAL
SECURITY

            Defendant.

Case No. 11-1330 (PGS)

**ORDER**

Having considered the application to proceed without prepayment of fees under 28 U.S.C.

§1915; it is on this 7th day of April, 2011

ORDERED that the application is:

__X__   GRANTED, and the clerk is directed to file the complaint; and

IT IS FURTHER ORDERED that the clerk issue summons to be served by the

plaintiffs attorney upon defendants with copies of the Complaint and this Order.

_____   DENIED, for the following reasons:

_____

_____

_____
PETER G. SHERIDAN, U.S.D.J.